KENNETH M. SORENSON
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TIEN THI TRAN,<br><br>Petitioner,<br><br>vs.<br><br>SHIKHA DOSANJ, in her official capacity as Warden Federal Detention Center, Honolulu, Hawaiʻi;<br><br>Respondent. | CV. NO. 26-00271 MWJS-WRP<br><br>STIPULATION RE: TEMPORARY STAY |

STIPULATION RE: TEMPORARY STAY

The appearing parties, by and through their undersigned counsel, hereby request that this matter be stayed for three weeks to allow the parties to attempt to resolve this matter. A temporary stay will allow the parties and the Court to

conserve their respective resources. The parties agree that this request is supported by good cause.

DATED: June 4, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

/s/ Carmen Theresa DiAmore-Siah                   By /s/ Edric M. Ching

_____            _____

CARMEN DIAMORE-SIAH, ESQ                     EDRIC M. CHING
                                             Assistant U.S. Attorney

Attorney for Petitioner                      Attorney for Respondent

APPROVED AND SO ORDERED.

DATED:   Honolulu, Hawai'i, June 4, 2026.



/s/ Micah W.J. Smith

_____
Micah W.J. Smith
United States District Judge

*TRAN v. DOSANJ*; Cv. No. 26-00271 MWJS-WRP; Stipulation Re: Temporary Stay

2